```
                              FILED
                          08 AUG 20 PM 4:50
                        CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                                                BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury                '08 CR 2797    JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JOEL ISAAC SANCHEZ-GARCIA (1), ) BENITO HERNANDEZ-LOPEZ (2), ) JOSE LUIS ROSAS-LAUNA (3), ) JOSE ALBERTO VARGAS-GUILLEN (4), ) ) | |
| Defendants. ) | |

The grand jury charges:

On or about August 9, 2008, within the Southern District of California, defendants JOEL ISAAC SANCHEZ-GARCIA, BENITO HERNANDEZ-LOPEZ, JOSE LUIS ROSAS-LAUNA, and JOSE ALBERTO VARGAS-GUILLEN did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 107.40 kilograms (236.70 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
8/20/08